AMELIA K. PETRILLA, ADMINISTRATRIX AD PROSE-QUENDUM, APPELLANT, v. PUBLIC SERVICE CO-ORDI-NATED TRANSPORT ET AL., RESPONDENTS.

Submitted May 27, 1932—Decided October 17, 1932.

For the appellant, *Alexander Simpson.*

For the respondents, *Henry H. Fryling.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* opinion filed in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, LLOYD, BODINE, DONGES, BROGAN, VAN BUSKIRK, KAYS, DEAR, WELLS, KERNEY, JJ. 11.

*For reversal*—None.